# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Cristina M. Cardona,

        Debtor.

Case No. 23-10616-mdc

Chapter 13

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Valley National Bank
1720 Rt 23 North
Wayne, NJ 07470

Date: March 6, 2024

                                            /s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com