United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10616-mdc
Cristina M Cardona  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 09, 2024  Form ID: 155  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristina M Cardona, 3523 N 8th Street, Philadelphia, PA 19140-4418 |
| 14762217 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14761983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:35:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14774193 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 00:36:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14761984 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:54 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14761985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14761986 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14781295 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2024 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14778880 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:36:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14761987 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 10 2024 00:21:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14761988 | + | Email/PDF: cbp@omf.com | Apr 10 2024 00:35:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14771130 | + | Email/PDF: cbp@omf.com | Apr 10 2024 00:36:20 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14781188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 00:35:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14779235 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2024 00:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14761989 | + | Email/PDF: pa_dc_claims@navient.com | Apr 10 2024 00:36:26 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14761990 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:36:18 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14761992 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:35:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14761993 | | Email/Text: bknotice@upgrade.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 10 2024 00:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14761994 | + | Email/Text: AKYNAST@VALLEY.COM | Apr 10 2024 00:21:00 | Valley National Bank, 1720 Rt 23 North, Wayne, NJ 07470-8448 |
| 14761997 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:35:53 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14761995 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:36:15 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14761996 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:35:34 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14766937 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:36:01 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 14773418 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:36:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761991 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cristina M Cardona help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Cristina M Cardona       Case No. 23−10616−mdc

Debtor(s).      Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 4, 2024

For The Court

Magdeline D. Coleman  
Chief Judge, United States Bankruptcy Court